# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 10, 2025

## NO. 03-25-00500-CV

**Donika Pentcheva Pentcheva, Appellant**

**v.**

**Christopher J. Mundt, Appellee**

## APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
## DISMISSED -- OPINION BY JUSTICE TRIANA

This is an appeal from the final order from the trial court. Having reviewed the record, the Court has determined that this appeal should be consolidated into cause number 03-25-00581-CV and that this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-25-00581-CV and dismisses cause number 03-25-00500-CV. The costs will be assessed on the disposition of cause number 03-25-00581-CV.